The People of the State of Colorado, Appellee, In the Interest of J.L.D.R., A.R.D., and A.S.D.R., Children, and Concerning R.R.D., Appellant. No. 21CA0317
Court of Appeals of Colorado, Fourth Division
November 18, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver Juvenile Court No. 19JV1401 Honorable
 Pax Moultrie, Judge
 
 
 
 OPINION
 
 
 FREYRE
 J. JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 Jones
 and Tow, JJ., concur
 
 
 1